Filing # 181805321 E-Filed 09/14/2023 11:36:15 AM

Exhibit A

**IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT**
**IN AND FOR LEE COUNTY, FLORIDA**

**CASE NO.:**

DANIEL & KELLY VAZQUEZ

Plaintiffs,

vs.

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST

Defendant.

_______________________________________/

**COMPLAINT FOR DAMAGES**

COME NOW, the Plaintiffs, **DANIEL & KELLY VAZQUEZ**, by and through the undersigned counsel, and hereby sues the Defendant, **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST,** for damages and in support thereof alleges as follows:

**JURISDICTION AND PARTIES**

1. This is an action for damages under an insurance policy resulting from loss of property in a value in excess of $50,000, exclusive of costs, interest and attorney's fees.

2. That at all times material hereto, the Plaintiff was and is a resident of **LEE COUNTY** Florida and is otherwise *sui juris*.

3. The Defendant, SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, was and is a Florida corporation, by and through its officers, representatives and agents, who conducted business operations in the County of **LEE**, State of Florida for the purposes of selling homeowner insurance policies.

**COMMON ALLEGATIONS**

4. Plaintiff purchased from Defendant and maintained in full force and effect, by and through the payments of premiums, a certain homeowner's insurance policy bearing policy number FLD2024885 (the "Policy").

5. Plaintiff does not have a true and complete copy of the Policy, but Defendant does have a true and correct copy of the Policy. Plaintiff reserves the right to supplement this Complaint by filing a true and correct copy of the Policy upon receipt from Defendant pursuant to the discovery filed in this action.

6. Such Policy was issued by the Defendant to the Plaintiff and provided insurance coverage for the Plaintiff's dwelling located at 3653 Edgewood Avenue Fort Myers, FL 33916 (hereinafter the "Premises").

7. Pursuant to the Policy provisions, Defendant insured, subject to certain exclusions and conditions, the Plaintiff's property located at the Premises.

8. On or about 9/28/2022, a Flood caused a covered loss and substantial damage to the Plaintiff's property which was covered under a policy of insurance issued by the Defendant which was at the time of the loss in full force and effect (hereinafter the "Loss").

9. Plaintiff timely filed a notice of the Loss to the Defendant and has otherwise performed all conditions precedent to recover under the Policy and under the applicable Florida Statutes.

10. Defendant, despite having received and processed such claim, has refused and continues to refuse to pay the full amount of Plaintiff's claim.

11. In addition, the Plaintiff and/or Plaintiff's representatives forwarded the Defendant an estimate of the damage incurred by the Plaintiff as a result of the loss. A true and correct copy of the estimate is attached hereto and incorporated herein as Exhibit "A".

12. The Defendant has failed to timely evaluate and pay the full amount of Policy benefits owed to the Plaintiff under the terms of the Policy.

13. The Plaintiff, as a result of Defendant's failure to comply with the terms of the policy has suffered damages to the Premises.

14. Plaintiff has performed all conditions precedent to filing this action and/or any and all conditions precedent have been otherwise met or waived.

15. Plaintiff has complied with all post loss obligations set forth in the insurance policy as requested by Defendant.[1]

16. Plaintiff, as a result of Defendant's refusal to honor the contractual obligations contained in the Policy, has been forced to retain the legal services of MAC Legal, P.A. for the purposes of prosecuting the instant matter and such attorneys are entitled to a reasonable attorney's fees pursuant to §627.428, Florida Statutes. To the extent Defendant identifies themselves as a surplus lines insurer Plaintiff's request for reasonable attorney's fees is instead made pursuant to § 626.9373 of the Florida Statutes.

**COUNT I**
**BREACH OF CONTRACT**

17. Plaintiff re-alleges and re-asserts the aforesaid Common Allegations and incorporates them herein.

18. The Defendant's refusal to pay the full amount of the claim was contrary to the terms of the Policy and/or Florida law, and was a breach of said contract of insurance.

19. As a direct and proximate cause of the Defendant's acts and/or omissions, Plaintiff has been damaged in an amount to be determined at trial.

---

[1] Plaintiff has filed a Notice of Intent to Initiate Litigation with the insurance carrier prior to filing suit. However, by doing so Plaintiff does not concede to the applicability of Fla. Stat. 627.70152 to the current action and the subject policy.

20. That as a direct and proximate cause of the Defendant's refusal to pay the full amount of the Plaintiff's claim, the Plaintiff has been required to retain the legal services of MAC Legal, P.A. for the purposes of prosecuting the instant matter and such attorneys are entitled to a reasonable attorney's fees pursuant to §627.428, Florida Statutes.

WHEREFORE, the Plaintiff demands judgment against the Defendant, **SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST** for damages, including, but not limited to, damage to the Premises, its contents, loss of use, costs, interest as allowed by law, reasonable attorney's fees pursuant to §627.428, Florida Statutes or § 626.9373 of the Florida Statutes, a trial by jury of all issues triable as a matter of right by jury and such other relief as this Court deems just and proper.

DATED: September 14, 2023.

*/s/ Michael A. Citron*
Michael A. Citron, Esq.
FBN: 105083
Kristen D. Montgomery, Esq.
FBN: 1003495
MAC Legal, P.A.
4601 Sheridan Street
Suite #205
Hollywood, FL 33021
Tel : 954.395.2954
Michael@maclegalpa.com
Service@maclegalpa.com

**Exhibit A**

**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

Insured: Daniel Vazquez
Property: 3653 Edgewood Avenue
Fort Myers, FL 33916

**Claim Number:** **Policy Number:** **Type of Loss:** Flood

Date of Loss: 9/28/2022 12:00 AM Date Received:
Date Inspected: Date Entered: 10/30/2022 6:07 PM

Price List: FLFM8X_OCT22
Restoration/Service/Remodel
Estimate: PPA10333

THIS IS A ESTIMATE ONLY (an approximate calculation or judgment of the value)THE ABOVE LINE ITEMS ARE SUBJECT TO THE INSURANCE CARRIER'S REVIEW INSPECTION AND APPROVAL . THE INSURANCE POLICY MAY CONTAIN EXCLUSIONS THAT MAY REDUCE OR LIMIT ANY COVERAGE. RECEIPT OF A COPY OF THIS ESTIMATE IS NOT TO BE INTERPRETED AS AN ACCEPTANCE OF LIABILITY, OR A SETTLEMENT OF THIS CLAIM.



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**PPA10333**

**SKETCH1**

**Main Level**



**Garage**                                                                   **Height: 8' 7"**

| | |
|---|---|
| 543.61 SF Walls | 469.39 SF Ceiling |
| 1,013.00 SF Walls & Ceiling | 469.39 SF Floor |
| 52.15 SY Flooring | 63.33 LF Floor Perimeter |
| 63.33 LF Ceil. Perimeter | |

**Missing Wall**              **23' 8" X 8' 7"**                    **Opens into Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Protect contents - Cover with plastic | 469.39 SF | 0.00 | 0.21 | 2.30 | 20.18 | 121.05 |
| 3. Dust control barrier per square foot | 1,013.00 SF | 1.00 | 0.00 | 9.93 | 204.58 | 1,227.51 |
| 4. Floor protection - self-adhesive plastic film | 469.39 SF | 0.00 | 0.73 | 4.60 | 69.46 | 416.71 |
| 6. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 7. Seal the walls and ceiling w/PVA primer - one coat | 1,013.00 SF | 0.00 | 0.69 | 4.25 | 140.66 | 843.88 |
| 8. Paint the walls and ceiling - two coats | 1,013.00 SF | 0.00 | 1.18 | 21.98 | 243.46 | 1,460.78 |
| 9. Mask and prep for paint - plastic, paper, tape (per LF) | 63.33 LF | 0.00 | 1.61 | 1.20 | 20.64 | 123.80 |
| 10. Final cleaning - construction - Residential | 469.39 SF | 0.00 | 0.31 | 0.00 | 29.10 | 174.61 |
| 12. Texture drywall - smooth / skim coat | 543.61 SF | 0.00 | 1.90 | 4.95 | 207.58 | 1,245.39 |
| 14. R&R 1/2" - drywall per LF - up to 4' tall | 26.00 LF | 4.67 | 18.59 | 4.77 | 121.90 | 731.43 |
| Totals: Garage | | | | 53.98 | 1,071.94 | 6,431.45 |
| Total: Main Level | | | | **53.98** | **1,071.94** | **6,431.45** |
| Total: SKETCH1 | | | | **53.98** | **1,071.94** | **6,431.45** |

**SKETCH2**

**Main Level**



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**Kitchen** **Height: 8' 3"**

| | |
|---|---|
| 534.88 SF Walls | 247.04 SF Ceiling |
| 781.92 SF Walls & Ceiling | 247.04 SF Floor |
| 27.45 SY Flooring | 64.83 LF Floor Perimeter |
| 64.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. Protect contents - Cover with plastic | 247.04 SF | 0.00 | 0.21 | 1.21 | 10.62 | 63.71 |
| 16. Dust control barrier per square foot | 781.92 SF | 1.00 | 0.00 | 7.66 | 157.92 | 947.50 |
| 17. Floor protection - self-adhesive plastic film | 247.04 SF | 0.00 | 0.73 | 2.42 | 36.54 | 219.30 |
| 18. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 19. Seal the walls and ceiling w/PVA primer - one coat | 781.92 SF | 0.00 | 0.69 | 3.28 | 108.56 | 651.36 |
| 20. Paint the walls and ceiling - two coats | 781.92 SF | 0.00 | 1.18 | 16.97 | 187.94 | 1,127.58 |
| 21. Mask and prep for paint - plastic, paper, tape (per LF) | 64.83 LF | 0.00 | 1.61 | 1.23 | 21.12 | 126.73 |
| 22. Final cleaning - construction - Residential | 247.04 SF | 0.00 | 0.31 | 0.00 | 15.32 | 91.90 |
| 23. Texture drywall - smooth / skim coat | 534.88 SF | 0.00 | 1.90 | 4.87 | 204.24 | 1,225.38 |
| 24. R&R 1/2" - drywall per LF - up to 4' tall | 64.83 LF | 4.67 | 18.59 | 11.89 | 303.98 | 1,823.82 |
| 25. R&R Snaplock Laminate - simulated wood flooring - High grade | 247.04 SF | 1.78 | 8.39 | 84.74 | 519.42 | 3,116.56 |
| 27. R&R Cabinetry - lower (base) units | 6.00 LF | 11.41 | 488.16 | 183.13 | 636.12 | 3,816.67 |
| 31. R&R Sink faucet | 1.00 EA | 28.50 | 525.94 | 30.07 | 116.90 | 701.41 |
| 33. R&R Sink - double basin | 1.00 EA | 30.39 | 901.13 | 53.00 | 196.90 | 1,181.42 |
| 34. Refrigerator - Remove & reset | 1.00 EA | 0.00 | 52.56 | 0.00 | 10.52 | 63.08 |
| 35. Range - electric - Remove & reset | 1.00 EA | 0.00 | 39.42 | 0.00 | 7.88 | 47.30 |
| Totals: Kitchen | | | | 400.47 | 2,548.36 | 15,290.01 |
| Total: Main Level | | | | **400.47** | **2,548.36** | **15,290.01** |
| Total: SKETCH2 | | | | **400.47** | **2,548.36** | **15,290.01** |

**SKETCH3**

**Main Level**



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**Closet** **Height: 8' 3"**

| | | | |
|---|---|---|---|
| 165.79 | SF Walls | 20.33 | SF Ceiling |
| 186.12 | SF Walls & Ceiling | 20.33 | SF Floor |
| 2.26 | SY Flooring | 20.10 | LF Floor Perimeter |
| 20.10 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 50. R&R Baseboard - 5 1/4" | 20.10 LF | 0.76 | 5.63 | 3.97 | 26.50 | 158.91 |
| 51. Paint baseboard - two coats | 20.10 LF | 0.00 | 1.71 | 0.24 | 6.92 | 41.53 |
| 52. Protect contents - Cover with plastic | 20.33 SF | 0.00 | 0.21 | 0.10 | 0.88 | 5.25 |
| 53. Dust control barrier per square foot | 186.12 SF | 1.00 | 0.00 | 1.82 | 37.58 | 225.52 |
| 54. Floor protection - self-adhesive plastic film | 20.33 SF | 0.00 | 0.73 | 0.20 | 3.00 | 18.04 |
| 55. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 56. Seal the walls and ceiling w/PVA primer - one coat | 186.12 SF | 0.00 | 0.69 | 0.78 | 25.84 | 155.04 |
| 57. Paint the walls and ceiling - two coats | 186.12 SF | 0.00 | 1.18 | 4.04 | 44.72 | 268.38 |
| 58. Mask and prep for paint - plastic, paper, tape (per LF) | 20.10 LF | 0.00 | 1.61 | 0.38 | 6.56 | 39.30 |
| 59. Final cleaning - construction - Residential | 20.33 SF | 0.00 | 0.31 | 0.00 | 1.26 | 7.56 |
| 60. Texture drywall - smooth / skim coat | 165.79 SF | 0.00 | 1.90 | 1.51 | 63.30 | 379.81 |
| 61. R&R 1/2" - drywall per LF - up to 4' tall | 20.10 LF | 4.67 | 18.59 | 3.69 | 94.26 | 565.48 |
| 62. R&R Snaplock Laminate - simulated wood flooring - High grade | 20.33 SF | 1.78 | 8.39 | 6.97 | 42.76 | 256.49 |
| Totals: Closet | | | | 23.70 | 367.96 | 2,207.60 |

**Bedroom** **Height: 8' 3"**

| | | | |
|---|---|---|---|
| 493.37 | SF Walls | 208.35 | SF Ceiling |
| 701.71 | SF Walls & Ceiling | 208.35 | SF Floor |
| 23.15 | SY Flooring | 59.80 | LF Floor Perimeter |
| 59.80 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Bedroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 36. R&R Baseboard - 5 1/4" | 59.80 LF | 0.76 | 5.63 | 11.80 | 78.80 | 472.72 |
| 38. Paint baseboard - two coats | 59.80 LF | 0.00 | 1.71 | 0.71 | 20.60 | 123.57 |
| 39. Protect contents - Cover with plastic | 208.35 SF | 0.00 | 0.21 | 1.02 | 8.96 | 53.73 |
| 40. Dust control barrier per square foot | 701.71 SF | 1.00 | 0.00 | 6.88 | 141.72 | 850.31 |
| 41. Floor protection - self-adhesive plastic film | 208.35 SF | 0.00 | 0.73 | 2.04 | 30.82 | 184.96 |
| 42. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 43. Seal the walls and ceiling w/PVA primer - one coat | 701.71 SF | 0.00 | 0.69 | 2.95 | 97.44 | 584.57 |
| 44. Paint the walls and ceiling - two coats | 701.71 SF | 0.00 | 1.18 | 15.23 | 168.64 | 1,011.89 |
| 45. Mask and prep for paint - plastic, paper, tape (per LF) | 59.80 LF | 0.00 | 1.61 | 1.13 | 19.48 | 116.89 |
| 46. Final cleaning - construction - Residential | 208.35 SF | 0.00 | 0.31 | 0.00 | 12.92 | 77.51 |
| 47. Texture drywall - smooth / skim coat | 493.37 SF | 0.00 | 1.90 | 4.49 | 188.38 | 1,130.27 |
| 48. R&R 1/2" - drywall per LF - up to 4' tall | 59.80 LF | 4.67 | 18.59 | 10.97 | 280.40 | 1,682.32 |
| 49. R&R Snaplock Laminate - simulated wood flooring - High grade | 208.35 SF | 1.78 | 8.39 | 71.46 | 438.10 | 2,628.48 |
| Totals: Bedroom | | | | 128.68 | 1,500.64 | 9,003.51 |
| Total: Main Level | | | | **152.38** | **1,868.60** | **11,211.11** |
| Total: SKETCH3 | | | | **152.38** | **1,868.60** | **11,211.11** |

**SKETCH4**

**Main Level**

**Hallway** **Height: 8'**

| | |
|---|---|
| 332.47 SF Walls | 67.71 SF Ceiling |
| 400.18 SF Walls & Ceiling | 67.71 SF Floor |
| 7.52 SY Flooring | 41.56 LF Floor Perimeter |
| 41.56 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 63. R&R Baseboard - 5 1/4" | 41.56 LF | 0.76 | 5.63 | 8.20 | 54.76 | 328.53 |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Hallway**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 64. Paint baseboard - two coats | 41.56 LF | 0.00 | 1.71 | 0.49 | 14.32 | 85.88 |
| 65. Protect contents - Cover with plastic | 67.71 SF | 0.00 | 0.21 | 0.33 | 2.90 | 17.45 |
| 66. Dust control barrier per square foot | 400.18 SF | 1.00 | 0.00 | 3.92 | 80.82 | 484.92 |
| 67. Floor protection - self-adhesive plastic film | 67.71 SF | 0.00 | 0.73 | 0.66 | 10.02 | 60.11 |
| 68. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 69. Seal the walls and ceiling w/PVA primer - one coat | 400.18 SF | 0.00 | 0.69 | 1.68 | 55.56 | 333.36 |
| 70. Paint the walls and ceiling - two coats | 400.18 SF | 0.00 | 1.18 | 8.68 | 96.18 | 577.07 |
| 71. Mask and prep for paint - plastic, paper, tape (per LF) | 41.56 LF | 0.00 | 1.61 | 0.79 | 13.54 | 81.24 |
| 72. Final cleaning - construction - Residential | 67.71 SF | 0.00 | 0.31 | 0.00 | 4.20 | 25.19 |
| 73. Texture drywall - smooth / skim coat | 332.47 SF | 0.00 | 1.90 | 3.03 | 126.94 | 761.66 |
| 74. R&R 1/2" - drywall per LF - up to 4' tall | 41.56 LF | 4.67 | 18.59 | 7.62 | 194.86 | 1,169.17 |
| 76. R&R Tile floor covering - Premium grade | 67.71 SF | 3.80 | 16.29 | 53.23 | 282.70 | 1,696.23 |
| Totals: Hallway | | | | 88.63 | 951.18 | 5,707.10 |

**Closet** **Height: 8'**

| | | | |
|---|---|---|---|
| 85.33 | SF Walls | 7.00 | SF Ceiling |
| 92.33 | SF Walls & Ceiling | 7.00 | SF Floor |
| 0.78 | SY Flooring | 10.67 | LF Floor Perimeter |
| 10.67 | LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 78. R&R Baseboard - 5 1/4" | 10.67 LF | 0.76 | 5.63 | 2.11 | 14.06 | 84.35 |
| 79. Paint baseboard - two coats | 10.67 LF | 0.00 | 1.71 | 0.13 | 3.68 | 22.06 |
| 80. Protect contents - Cover with plastic | 7.00 SF | 0.00 | 0.21 | 0.03 | 0.30 | 1.80 |
| 81. Dust control barrier per square foot | 92.33 SF | 1.00 | 0.00 | 0.91 | 18.64 | 111.88 |
| 82. Floor protection - self-adhesive plastic film | 7.00 SF | 0.00 | 0.73 | 0.07 | 1.04 | 6.22 |
| 83. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Closet**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 84. Seal the walls and ceiling w/PVA primer - one coat | 92.33 SF | 0.00 | 0.69 | 0.39 | 12.82 | 76.92 |
| 85. Paint the walls and ceiling - two coats | 92.33 SF | 0.00 | 1.18 | 2.00 | 22.20 | 133.15 |
| 86. Mask and prep for paint - plastic, paper, tape (per LF) | 10.67 LF | 0.00 | 1.61 | 0.20 | 3.48 | 20.86 |
| 87. Final cleaning - construction - Residential | 7.00 SF | 0.00 | 0.31 | 0.00 | 0.44 | 2.61 |
| 88. Texture drywall - smooth / skim coat | 85.33 SF | 0.00 | 1.90 | 0.78 | 32.58 | 195.49 |
| 89. R&R 1/2" - drywall per LF - up to 4' tall | 10.67 LF | 4.67 | 18.59 | 1.96 | 50.04 | 300.19 |
| 90. R&R Tile floor covering - Premium grade | 7.00 SF | 3.80 | 16.29 | 5.50 | 29.22 | 175.35 |
| Totals: Closet | | | | 14.08 | 202.88 | 1,217.17 |
| Total: Main Level | | | | **102.71** | **1,154.06** | **6,924.27** |
| Total: SKETCH4 | | | | **102.71** | **1,154.06** | **6,924.27** |

**SKETCH5**

**Main Level**

**Laundry Room** **Height: 8'**

| | |
|---|---|
| 248.00 SF Walls | 57.00 SF Ceiling |
| 305.00 SF Walls & Ceiling | 57.00 SF Floor |
| 6.33 SY Flooring | 31.00 LF Floor Perimeter |
| 31.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 91. R&R Baseboard - 5 1/4" | 31.00 LF | 0.76 | 5.63 | 6.12 | 40.84 | 245.05 |
| 92. Paint baseboard - two coats | 31.00 LF | 0.00 | 1.71 | 0.37 | 10.68 | 64.06 |
| 93. Protect contents - Cover with plastic | 57.00 SF | 0.00 | 0.21 | 0.28 | 2.46 | 14.71 |
| 94. Dust control barrier per square foot | 305.00 SF | 1.00 | 0.00 | 2.99 | 61.60 | 369.59 |
| 95. Floor protection - self-adhesive plastic film | 57.00 SF | 0.00 | 0.73 | 0.56 | 8.44 | 50.61 |
| 96. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Laundry Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 97. Seal the walls and ceiling w/PVA primer - one coat | 305.00 SF | 0.00 | 0.69 | 1.28 | 42.36 | 254.09 |
| 98. Paint the walls and ceiling - two coats | 305.00 SF | 0.00 | 1.18 | 6.62 | 73.30 | 439.82 |
| 99. Mask and prep for paint - plastic, paper, tape (per LF) | 31.00 LF | 0.00 | 1.61 | 0.59 | 10.10 | 60.60 |
| 100. Final cleaning - construction - Residential | 57.00 SF | 0.00 | 0.31 | 0.00 | 3.54 | 21.21 |
| 101. Texture drywall - smooth / skim coat | 248.00 SF | 0.00 | 1.90 | 2.26 | 94.70 | 568.16 |
| 102. R&R 1/2" - drywall per LF - up to 4' tall | 31.00 LF | 4.67 | 18.59 | 5.69 | 145.36 | 872.11 |
| 103. R&R Tile floor covering - Premium grade | 57.00 SF | 3.80 | 16.29 | 44.81 | 237.98 | 1,427.92 |
| 104. R&R Washer/Washing Machine | 1.00 EA | 40.70 | 1,328.56 | 84.00 | 290.66 | 1,743.92 |
| 105. R&R Dryer | 1.00 EA | 30.58 | 1,260.70 | 77.00 | 273.66 | 1,641.94 |
| Totals: Laundry Room | | | | 232.57 | 1,310.06 | 7,860.08 |
| Total: Main Level | | | | **232.57** | **1,310.06** | **7,860.08** |
| Total: SKETCH5 | | | | **232.57** | **1,310.06** | **7,860.08** |

**SKETCH6**

**Main Level**

**Bathroom** **Height: 8'**

| | |
|---|---|
| 248.00 SF Walls | 59.22 SF Ceiling |
| 307.22 SF Walls & Ceiling | 59.22 SF Floor |
| 6.58 SY Flooring | 31.00 LF Floor Perimeter |
| 31.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 107. R&R Vanity | 4.00 LF | 11.41 | 472.36 | 117.66 | 410.54 | 2,463.28 |
| 108. R&R Toilet | 1.00 EA | 37.98 | 1,092.04 | 58.45 | 237.70 | 1,426.17 |
| 109. R&R Sink - single | 1.00 EA | 28.50 | 734.02 | 41.97 | 160.90 | 965.39 |
| 110. R&R Sink faucet | 1.00 EA | 28.50 | 525.94 | 30.07 | 116.90 | 701.41 |
| 111. R&R Angle stop valve | 3.00 EA | 7.59 | 40.78 | 1.51 | 29.32 | 175.94 |
| 112. P-trap assembly - Detach & reset | 1.00 EA | 0.00 | 73.93 | 0.00 | 14.78 | 88.71 |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 113. R&R 1/2" mold resistant - hung, taped, floated ready for paint | 307.22 SF | 0.63 | 3.34 | 16.99 | 247.34 | 1,483.99 |
| 114. Protect contents - Cover with plastic | 59.22 SF | 0.00 | 0.21 | 0.29 | 2.54 | 15.27 |
| 115. Dust control barrier per square foot | 307.22 SF | 1.00 | 0.00 | 3.01 | 62.04 | 372.27 |
| 116. Floor protection - self-adhesive plastic film | 59.22 SF | 0.00 | 0.73 | 0.58 | 8.76 | 52.57 |
| 117. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 118. Final cleaning - construction - Residential | 59.22 SF | 0.00 | 0.31 | 0.00 | 3.68 | 22.04 |
| 119. Clean floor - tile | 59.22 SF | 0.00 | 0.78 | 0.25 | 9.30 | 55.74 |
| 121. Inventory, Packing, Boxing, and Moving charge - per hour | 1.00 HR | 0.00 | 48.99 | 0.00 | 9.80 | 58.79 |
| 122. R&R Tile shower | 1.00 EA | 356.12 | 2,337.01 | 69.69 | 552.56 | 3,315.38 |
| 124. Plumber - per hour | 4.00 HR | 0.00 | 138.60 | 0.00 | 110.88 | 665.28 |
| 125. R&R Tile floor covering | 59.22 SF | 3.80 | 9.88 | 19.98 | 166.02 | 996.13 |
| 126. R&R Shower door - Premium grade | 1.00 EA | 27.86 | 1,322.55 | 69.17 | 283.94 | 1,703.52 |
| Totals: Bathroom | | | | 429.62 | 2,441.38 | 14,648.17 |
| Total: Main Level | | | | **429.62** | **2,441.38** | **14,648.17** |
| Total: SKETCH6 | | | | **429.62** | **2,441.38** | **14,648.17** |

**SKETCH7**

**Main Level**

| **Stairs** | | | **Height: 18' 8"** |
|---|---|---|---|
| 279.07 | SF Walls | 27.00 | SF Ceiling |
| 306.07 | SF Walls & Ceiling | 46.88 | SF Floor |
| 5.21 | SY Flooring | 21.23 | LF Floor Perimeter |
| 18.00 | LF Ceil. Perimeter | | |

| **Missing Wall** | **3' X 18' 7 9/16"** | **Opens into Exterior** |
|---|---|---|



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Stairs**

| **Subroom: Stairs1 (2)** | | **Height: 12' 5"** |
|---|---|---|
| | 156.78 SF Walls | 20.06 SF Ceiling |
| | 176.83 SF Walls & Ceiling | 20.06 SF Floor |
| | 2.23 SY Flooring | 12.67 LF Floor Perimeter |
| | 12.67 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 12' 4 1/2"** | **Opens into STAIRS2** |
| **Missing Wall** | **3' X 12' 4 1/2"** | **Opens into STAIRS** |

| **Subroom: Stairs2 (1)** | | **Height: 12' 5"** |
|---|---|---|
| | 119.91 SF Walls | 17.50 SF Ceiling |
| | 137.41 SF Walls & Ceiling | 32.38 SF Floor |
| | 3.60 SY Flooring | 13.66 LF Floor Perimeter |
| | 11.67 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 12' 4 1/2"** | **Opens into STAIRS1** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 128. R&R Tile floor covering - Premium grade | 99.32 SF | 3.80 | 16.29 | 78.08 | 414.68 | 2,488.10 |
| 129. Final cleaning - construction - Residential | 99.32 SF | 0.00 | 0.31 | 0.00 | 6.16 | 36.95 |
| 130. Mask and prep for paint - plastic, paper, tape (per LF) | 47.55 LF | 0.00 | 1.61 | 0.90 | 15.50 | 92.96 |
| 131. Paint the walls and ceiling - two coats | 620.32 SF | 0.00 | 1.18 | 13.46 | 149.10 | 894.54 |
| 132. Seal the walls and ceiling w/PVA primer - one coat | 620.32 SF | 0.00 | 0.69 | 2.61 | 86.12 | 516.75 |
| 133. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 134. Floor protection - self-adhesive plastic film | 99.32 SF | 0.00 | 0.73 | 0.97 | 14.70 | 88.17 |
| 135. Dust control barrier per square foot | 620.32 SF | 1.00 | 0.00 | 6.08 | 125.28 | 751.68 |
| 136. Protect contents - Cover with plastic | 99.32 SF | 0.00 | 0.21 | 0.49 | 4.28 | 25.63 |
| Totals: Stairs | | | | 102.59 | 830.20 | 4,981.07 |
| Total: Main Level | | | | **102.59** | **830.20** | **4,981.07** |
| Total: SKETCH7 | | | | **102.59** | **830.20** | **4,981.07** |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**SKETCH8**

**Main Level**

**Living Room** **Height: 8'**

| | | | |
|---|---|---|---|
| 578.33 | SF Walls | 337.70 | SF Ceiling |
| 916.03 | SF Walls & Ceiling | 337.70 | SF Floor |
| 37.52 | SY Flooring | 69.75 | LF Floor Perimeter |
| 85.00 | LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor** **15' 3" X 6' 8"** **Opens into Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 137. Final cleaning - construction - Residential | 337.70 SF | 0.00 | 0.31 | 0.00 | 20.94 | 125.63 |
| 138. Mask and prep for paint - plastic, paper, tape (per LF) | 69.75 LF | 0.00 | 1.61 | 1.32 | 22.72 | 136.34 |
| 139. Paint the walls and ceiling - two coats | 916.03 SF | 0.00 | 1.18 | 19.88 | 220.16 | 1,320.96 |
| 140. Seal the walls and ceiling w/PVA primer - one coat | 916.03 SF | 0.00 | 0.69 | 3.85 | 127.20 | 763.11 |
| 141. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 142. Floor protection - self-adhesive plastic film | 337.70 SF | 0.00 | 0.73 | 3.31 | 49.96 | 299.79 |
| 143. Dust control barrier per square foot | 916.03 SF | 1.00 | 0.00 | 8.98 | 185.00 | 1,110.01 |
| 144. Protect contents - Cover with plastic | 337.70 SF | 0.00 | 0.21 | 1.65 | 14.52 | 87.09 |
| 145. R&R Baseboard - 5 1/4" | 69.75 LF | 0.76 | 5.63 | 13.77 | 91.90 | 551.37 |
| 146. Paint baseboard - two coats | 69.75 LF | 0.00 | 1.71 | 0.83 | 24.02 | 144.12 |
| 147. R&R Tile floor covering - Premium grade | 337.70 SF | 3.80 | 16.29 | 265.47 | 1,409.98 | 8,459.84 |
| Totals: Living Room | | | | 319.06 | 2,180.78 | 13,084.55 |
| Total: Main Level | | | | **319.06** | **2,180.78** | **13,084.55** |
| Total: SKETCH8 | | | | **319.06** | **2,180.78** | **13,084.55** |

**SKETCH9**

**Main Level**



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**Kitchen** **Height: 8' 3"**

| | |
|---|---|
| 478.32 SF Walls | 275.13 SF Ceiling |
| 753.44 SF Walls & Ceiling | 275.13 SF Floor |
| 30.57 SY Flooring | 55.08 LF Floor Perimeter |
| 70.17 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor** **15' 1" X 6' 8"** **Opens into Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 148. Final cleaning - construction - Residential | 275.13 SF | 0.00 | 0.31 | 0.00 | 17.06 | 102.35 |
| 149. Mask and prep for paint - plastic, paper, tape (per LF) | 55.08 LF | 0.00 | 1.61 | 1.04 | 17.94 | 107.66 |
| 150. Paint the walls and ceiling - two coats | 753.44 SF | 0.00 | 1.18 | 16.35 | 181.10 | 1,086.51 |
| 151. Seal the walls and ceiling w/PVA primer - one coat | 753.44 SF | 0.00 | 0.69 | 3.16 | 104.62 | 627.65 |
| 152. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 153. Floor protection - self-adhesive plastic film | 275.13 SF | 0.00 | 0.73 | 2.70 | 40.70 | 244.24 |
| 154. Dust control barrier per square foot | 753.44 SF | 1.00 | 0.00 | 7.38 | 152.16 | 912.98 |
| 155. Protect contents - Cover with plastic | 275.13 SF | 0.00 | 0.21 | 1.35 | 11.84 | 70.97 |
| 156. R&R Baseboard - 5 1/4" | 55.08 LF | 0.76 | 5.63 | 10.87 | 72.58 | 435.41 |
| 157. Paint baseboard - two coats | 55.08 LF | 0.00 | 1.71 | 0.66 | 18.98 | 113.83 |
| 158. R&R Tile floor covering - Premium grade | 275.13 SF | 3.80 | 16.29 | 216.28 | 1,148.74 | 6,892.38 |
| 159. Garage cabinetry - lower Detach & reset | 17.00 EA | 0.00 | 151.19 | 0.00 | 514.04 | 3,084.27 |
| 160. R&R Countertop - quartz/engineered stone | 68.00 SF | 8.19 | 87.56 | 193.59 | 1,340.92 | 8,045.51 |
| 161. Sink - double basin - Detach & reset | 1.00 EA | 0.00 | 198.30 | 0.05 | 39.68 | 238.03 |
| 162. Add on for undermount sink cutout & polish - double basin | 1.00 EA | 0.00 | 323.55 | 0.00 | 64.72 | 388.27 |
| 163. Refrigerator - Remove & reset | 1.00 EA | 0.00 | 52.56 | 0.00 | 10.52 | 63.08 |
| 164. Dishwasher - Detach & reset | 1.00 EA | 0.00 | 289.11 | 0.00 | 57.82 | 346.93 |
| 165. R&R Countertop - Tile | 21.00 SF | 4.55 | 29.28 | 22.26 | 146.56 | 879.25 |
| Totals: Kitchen | | | | 475.69 | 3,954.36 | 23,725.61 |
| Total: Main Level | | | | **475.69** | **3,954.36** | **23,725.61** |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

| | | | |
|---|---|---|---|
| Total: SKETCH9 | **475.69** | **3,954.36** | **23,725.61** |

**SKETCH10**

**Main Level**

**Bathroom** **Height: 8'**

201.33 SF Walls
238.54 SF Walls & Ceiling
4.13 SY Flooring
25.17 LF Ceil. Perimeter
37.21 SF Ceiling
37.21 SF Floor
25.17 LF Floor Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 166. R&R Tile floor covering - Premium grade | 37.21 SF | 3.80 | 16.29 | 29.25 | 155.38 | 932.18 |
| 167. Final cleaning - construction - Residential | 37.21 SF | 0.00 | 0.31 | 0.00 | 2.30 | 13.84 |
| 168. Mask and prep for paint - plastic, paper, tape (per LF) | 25.17 LF | 0.00 | 1.61 | 0.48 | 8.20 | 49.20 |
| 169. Paint the walls and ceiling - two coats | 238.54 SF | 0.00 | 1.18 | 5.18 | 57.34 | 344.00 |
| 170. Seal the walls and ceiling w/PVA primer - one coat | 238.54 SF | 0.00 | 0.69 | 1.00 | 33.12 | 198.71 |
| 171. Contents - move out then reset | 1.00 EA | 0.00 | 71.91 | 0.00 | 14.38 | 86.29 |
| 172. Floor protection - self-adhesive plastic film | 37.21 SF | 0.00 | 0.73 | 0.36 | 5.52 | 33.04 |
| 173. Dust control barrier per square foot | 238.54 SF | 1.00 | 0.00 | 2.34 | 48.16 | 289.04 |
| 174. Protect contents - Cover with plastic | 37.21 SF | 0.00 | 0.21 | 0.18 | 1.60 | 9.59 |
| Totals: Bathroom | | | | 38.79 | 326.00 | 1,955.89 |
| Total: Main Level | | | | **38.79** | **326.00** | **1,955.89** |
| Total: SKETCH10 | | | | **38.79** | **326.00** | **1,955.89** |

**Manipulation Of Contents**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 175. Contents Evaluation and/or Supervisor/Admin - per hour | 10.00 HR | 0.00 | 67.00 | 0.00 | 134.00 | 804.00 |
| 176. On-Site Inventory, Packing, Boxing, Moving chrg - per hour | 20.00 HR | 0.00 | 50.00 | 24.00 | 200.00 | 1,224.00 |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Manipulation Of Contents**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 177. Eval. pack & invent. bric-a-brac - per Lg box-high density | 12.00 EA | 0.00 | 39.62 | 4.80 | 96.04 | 576.28 |
| 178. Job-site cargo/storage container - 16' long - per month | 1.00 MO | 0.00 | 65.07 | 4.55 | 13.94 | 83.56 |
| Totals: Manipulation Of Contents | | | | 33.35 | 443.98 | 2,687.84 |

**General Line Items**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 179. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 711.50 | 0.00 | 0.00 | 142.30 | 853.80 |
| 180. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 3,500.00 | 0.00 | 700.00 | 4,200.00 |
| 181. Contamination - pre & post test - full service (Bid Item) | 1.00 EA | 0.00 | 500.00 | 0.00 | 100.00 | 600.00 |
| 182. On-Site Evaluation and/or Supervisor/Admin - per hour | 60.00 HR | 0.00 | 67.00 | 96.48 | 804.00 | 4,920.48 |
| 183. General clean - up | 120.00 HR | 0.00 | 50.01 | 0.08 | 1,200.26 | 7,201.54 |
| Totals: General Line Items | | | | 96.56 | 2,946.56 | 17,775.82 |

**Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 186. R&R Water heater | 1.00 EA | 87.86 | 1,267.34 | 51.77 | 281.40 | 1,688.37 |
| 184. R&R Central air conditioning system | 1.00 EA | 367.61 | 5,591.01 | 264.10 | 1,244.54 | 7,467.26 |
| 187. R&R Overhead door & hardware | 1.00 EA | 134.07 | 2,314.18 | 132.84 | 516.22 | 3,097.31 |
| Totals: Exterior | | | | 448.71 | 2,042.16 | 12,252.94 |

**Doors**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 190. R&R Bypass (sliding) door set | 1.00 EA | 22.80 | 358.67 | 19.03 | 80.10 | 480.60 |
| 189. R&R Pocket door unit | 1.00 EA | 37.98 | 475.92 | 21.15 | 107.02 | 642.07 |
| 191. R&R Interior door unit | 3.00 EA | 28.50 | 341.54 | 55.51 | 233.12 | 1,398.75 |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

**CONTINUED - Doors**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 192. Paint door slab only - 2 coats (per side) | 3.00 EA | 0.00 | 45.13 | 2.15 | 27.52 | 165.06 |
| 193. R&R Casing - 2 1/4" | 92.50 LF | 0.77 | 2.80 | 9.45 | 67.94 | 407.62 |
| 194. Paint casing - two coats | 902.50 LF | 0.00 | 1.72 | 11.37 | 312.74 | 1,876.41 |
| 195. Door knob/lockset - Detach & reset | 3.00 EA | 0.00 | 28.66 | 0.00 | 17.20 | 103.18 |
| Totals: Doors | | | | 118.66 | 845.64 | 5,073.69 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 120. Floor cleaning labor minimum | 1.00 EA | 0.00 | 134.54 | 0.00 | 26.90 | 161.44 |
| 196. Finish hardware labor minimum | 1.00 EA | 0.00 | 94.30 | 0.00 | 18.86 | 113.16 |
| Totals: Labor Minimums Applied | | | | 0.00 | 45.76 | 274.60 |
| **Line Item Totals: PPA10333** | | | | **3,005.14** | **24,009.84** | **144,177.10** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 4,465.19 | SF Walls | 1,850.63 | SF Ceiling | 6,315.82 | SF Walls and Ceiling |
| 1,885.40 | SF Floor | 209.49 | SY Flooring | 519.84 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 544.96 | LF Ceil. Perimeter |
| 1,885.40 | Floor Area | 2,031.05 | Total Area | 3,909.43 | Interior Wall Area |
| 4,388.69 | Exterior Wall Area | 521.23 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 136,593.55 | 94.74% | 136,593.55 | 94.74% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 7,583.55 | 5.26% | 7,583.55 | 5.26% |
| Total | 144,177.10 | 100.00% | 144,177.10 | 100.00% |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

## Recap by Room

**Estimate: PPA10333**

**Area: SKETCH1**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | | |
| **Garage** | | **5,305.53** | **4.53%** |
| Coverage: Dwelling | 100.00% = | 5,305.53 | |
| **Area Subtotal: Main Level** | | **5,305.53** | **4.53%** |
| Coverage: Dwelling | 100.00% = | 5,305.53 | |
| **Area Subtotal: SKETCH1** | | **5,305.53** | **4.53%** |
| Coverage: Dwelling | 100.00% = | 5,305.53 | |

**Area: SKETCH2**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | | |
| **Kitchen** | | **12,341.18** | **10.53%** |
| Coverage: Dwelling | 100.00% = | 12,341.18 | |
| **Area Subtotal: Main Level** | | **12,341.18** | **10.53%** |
| Coverage: Dwelling | 100.00% = | 12,341.18 | |
| **Area Subtotal: SKETCH2** | | **12,341.18** | **10.53%** |
| Coverage: Dwelling | 100.00% = | 12,341.18 | |

**Area: SKETCH3**

| | | | |
|---|---|---|---|
| **Area: Main Level** | | | |
| **Closet** | | **1,815.94** | **1.55%** |
| Coverage: Dwelling | 100.00% = | 1,815.94 | |
| **Bedroom** | | **7,374.19** | **6.29%** |
| Coverage: Dwelling | 100.00% = | 7,374.19 | |
| **Area Subtotal: Main Level** | | **9,190.13** | **7.84%** |
| Coverage: Dwelling | 100.00% = | 9,190.13 | |
| **Area Subtotal: SKETCH3** | | **9,190.13** | **7.84%** |
| Coverage: Dwelling | 100.00% = | 9,190.13 | |

**Area: SKETCH4**

**Area: Main Level**



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

| | | | |
|---|---|---|---|
| **Hallway** | | **4,667.29** | **3.98%** |
| Coverage: Dwelling | 100.00% = | 4,667.29 | |
| **Closet** | | **1,000.21** | **0.85%** |
| Coverage: Dwelling | 100.00% = | 1,000.21 | |
| **Area Subtotal:  Main Level** | | **5,667.50** | **4.84%** |
| Coverage: Dwelling | 100.00% = | 5,667.50 | |
| **Area Subtotal:  SKETCH4** | | **5,667.50** | **4.84%** |
| Coverage: Dwelling | 100.00% = | 5,667.50 | |

**Area: SKETCH5**

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Laundry Room** | | **6,317.45** | **5.39%** |
| Coverage: Dwelling | 100.00% = | 6,317.45 | |
| **Area Subtotal:  Main Level** | | **6,317.45** | **5.39%** |
| Coverage: Dwelling | 100.00% = | 6,317.45 | |
| **Area Subtotal:  SKETCH5** | | **6,317.45** | **5.39%** |
| Coverage: Dwelling | 100.00% = | 6,317.45 | |

**Area: SKETCH6**

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Bathroom** | | **11,777.17** | **10.05%** |
| Coverage: Dwelling | 99.58% = | 11,728.18 | |
| Coverage: Contents | 0.42% = | 48.99 | |
| **Area Subtotal:  Main Level** | | **11,777.17** | **10.05%** |
| Coverage: Dwelling | 99.58% = | 11,728.18 | |
| Coverage: Contents | 0.42% = | 48.99 | |
| **Area Subtotal:  SKETCH6** | | **11,777.17** | **10.05%** |
| Coverage: Dwelling | 99.58% = | 11,728.18 | |
| Coverage: Contents | 0.42% = | 48.99 | |

**Area: SKETCH7**

**Area: Main Level**

| | | | |
|---|---|---|---|
| **Stairs** | | **4,048.28** | **3.46%** |
| Coverage: Dwelling | 100.00% = | 4,048.28 | |
| **Area Subtotal:  Main Level** | | **4,048.28** | **3.46%** |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

| | | | |
|---|---|---|---|
| Coverage: Dwelling | 100.00% = | 4,048.28 | |
| **Area Subtotal: SKETCH7** | | **4,048.28** | **3.46%** |
| Coverage: Dwelling | 100.00% = | 4,048.28 | |
| **Area: SKETCH8** | | | |
| **Area: Main Level** | | | |
| **Living Room** | | **10,584.71** | **9.03%** |
| Coverage: Dwelling | 100.00% = | 10,584.71 | |
| **Area Subtotal: Main Level** | | **10,584.71** | **9.03%** |
| Coverage: Dwelling | 100.00% = | 10,584.71 | |
| **Area Subtotal: SKETCH8** | | **10,584.71** | **9.03%** |
| Coverage: Dwelling | 100.00% = | 10,584.71 | |
| **Area: SKETCH9** | | | |
| **Area: Main Level** | | | |
| **Kitchen** | | **19,295.56** | **16.47%** |
| Coverage: Dwelling | 100.00% = | 19,295.56 | |
| **Area Subtotal: Main Level** | | **19,295.56** | **16.47%** |
| Coverage: Dwelling | 100.00% = | 19,295.56 | |
| **Area Subtotal: SKETCH9** | | **19,295.56** | **16.47%** |
| Coverage: Dwelling | 100.00% = | 19,295.56 | |
| **Area: SKETCH10** | | | |
| **Area: Main Level** | | | |
| **Bathroom** | | **1,591.10** | **1.36%** |
| Coverage: Dwelling | 100.00% = | 1,591.10 | |
| **Area Subtotal: Main Level** | | **1,591.10** | **1.36%** |
| Coverage: Dwelling | 100.00% = | 1,591.10 | |
| **Area Subtotal: SKETCH10** | | **1,591.10** | **1.36%** |
| Coverage: Dwelling | 100.00% = | 1,591.10 | |
| **Manipulation Of Contents** | | **2,210.51** | **1.89%** |
| Coverage: Dwelling | 2.94% = | 65.07 | |
| Coverage: Contents | 97.06% = | 2,145.44 | |
| **General Line Items** | | **14,732.70** | **12.57%** |
| Coverage: Dwelling | 72.71% = | 10,712.70 | |



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

| | | | |
|---|---|---|---|
| Coverage: Contents | 27.29% = | 4,020.00 | |
| **Exterior** | | **9,762.07** | **8.33%** |
| Coverage: Dwelling | 100.00% = | 9,762.07 | |
| **Doors** | | **4,109.39** | **3.51%** |
| Coverage: Dwelling | 100.00% = | 4,109.39 | |
| **Labor Minimums Applied** | | **228.84** | **0.20%** |
| Coverage: Dwelling | 100.00% = | 228.84 | |
| **Subtotal of Areas** | | **117,162.12** | **100.00%** |
| Coverage: Dwelling | 94.70% = | 110,947.69 | |
| Coverage: Contents | 5.30% = | 6,214.43 | |
| **Total** | | **117,162.12** | **100.00%** |

**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



1        1-DSCF3570                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



2        2-DSCF3571                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



3        3-DSCF3572                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



4      4-DSCF3573                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



5    5-DSCF3574                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



6       6-DSCF3575                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



7        7-DSCF3576                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



8      8-DSCF3577                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



9        9-DSCF3578                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561





10      10-DSCF3579                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



11        11-DSCF3580                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561





12        12-DSCF3581                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



13        13-DSCF3582                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



14        14-DSCF3583                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



15        15-DSCF3584                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



16      16-DSCF3585              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



17        17-DSCF3586                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



18        18-DSCF3587                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



19        19-DSCF3588                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



20       20-DSCF3589                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



21        21-DSCF3590                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



22        22-DSCF3591                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



23        23-DSCF3592              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



24      24-DSCF3593              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



25      25-DSCF3594                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



26      26-DSCF3595                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



27        27-DSCF3596                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



28       28-DSCF3597                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



29        29-DSCF3598                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



30      30-DSCF3599                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



31        31-DSCF3600                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



32       32-DSCF3601                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



33        33-DSCF3602                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



34       34-DSCF3603                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



35        35-DSCF3604                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



36        36-DSCF3605                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



37        37-DSCF3606                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



38        38-DSCF3607                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



39        39-DSCF3608              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



40       40-DSCF3609                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



41      41-DSCF3610              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



42      42-DSCF3611              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



43        43-DSCF3612                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



44        44-DSCF3613                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



45      45-DSCF3614             Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



46        46-DSCF3615                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



47        47-DSCF3616              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



48      48-DSCF3617                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



49        49-DSCF3618                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



50        50-DSCF3619              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



51      51-DSCF3620              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

52 52-DSCF3621 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



53      53-DSCF3622            Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



54      54-DSCF3623                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



55       55-DSCF3624              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



56        56-DSCF3625              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



57       57-DSCF3626                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



58      58-DSCF3627              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



59      59-DSCF3628                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



60        60-DSCF3629                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



61      61-DSCF3630              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



62      62-DSCF3631              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



63        63-DSCF3632                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

64 64-DSCF3633 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



65        65-DSCF3634                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



66        66-DSCF3635                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



67        67-DSCF3636                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



68        68-DSCF3637                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



69       69-DSCF3638                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



70       70-DSCF3639          Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



71      71-DSCF3640                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



72      72-DSCF3641                    Date Taken: 10/30/2022

PLATINUM public adjusters

**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

73 73-DSCF3642 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



74      74-DSCF3643                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



75      75-DSCF3644                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



76        76-DSCF3645              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



77      77-DSCF3646                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



78        78-DSCF3647                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



79      79-DSCF3648              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



80      80-DSCF3649                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



81       81-DSCF3650                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



82      82-DSCF3651              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



83      83-DSCF3652              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



84        84-DSCF3653            Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



85      85-DSCF3654                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



86    86-DSCF3655              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



87      87-DSCF3656                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

88 88-DSCF3657 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



89      89-DSCF3658              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



90      90-DSCF3659                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



91      91-DSCF3660                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



92      92-DSCF3661                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



93      93-DSCF3662                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



94        94-DSCF3663                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

95 95-DSCF3664 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

96 96-DSCF3665 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

97 97-DSCF3666 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



98        98-DSCF3667                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



99        99-DSCF3668                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



100    100-DSCF3669              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



101      101-DSCF3670                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



102        102-DSCF3671                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

103 103-DSCF3672 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



104    104-DSCF3673                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

105 105-DSCF3674 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

106 106-DSCF3675 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

107 107-DSCF3676 Date Taken: 10/30/2022



Platinum Public Adjusters

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

108 108-DSCF3677 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

109 109-DSCF3678 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



110       110-DSCF3679                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



111      111-DSCF3680                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



112      112-DSCF3681                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



113    113-DSCF3682    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



114      114-DSCF3683                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



115    115-DSCF3684                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



116        116-DSCF3685                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



117       117-DSCF3686                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



118      118-DSCF3687              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



119      119-DSCF3688                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



120        120-DSCF3689              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



121      121-DSCF3690                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



122     122-DSCF3691              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

123 123-DSCF3692 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



124     124-DSCF3693                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

125 125-DSCF3694 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

126 126-DSCF3695 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



127      127-DSCF3696                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



128        128-DSCF3697            Date Taken: 10/30/2022



**Platinum Public Adjusters**



18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



129       129-DSCF3698                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



130      130-DSCF3699                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



131    131-DSCF3700              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



132        132-DSCF3701                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



133        133-DSCF3702                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



134      134-DSCF3703              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



135      135-DSCF3704                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



136      136-DSCF3705                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



137        137-DSCF3706                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

138 138-DSCF3707 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



139      139-DSCF3708              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



140        140-DSCF3709                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



141      141-DSCF3710              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



142        142-DSCF3711                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

143 143-DSCF3712 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



144      144-DSCF3713              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



145        145-DSCF3714                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



146        146-DSCF3715                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



147      147-DSCF3716                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



148      148-DSCF3717                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



149      149-DSCF3718                    Date Taken: 10/30/2022

**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



150 150-DSCF3719 Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



151      151-DSCF3720            Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



152    152-DSCF3721                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



153        153-DSCF3722                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



154      154-DSCF3723              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



155        155-DSCF3724              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



156      156-DSCF3725                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



157    157-DSCF3726            Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



158       158-DSCF3727                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



159      159-DSCF3728              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



160      160-DSCF3729                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



161      161-DSCF3730                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



162        162-DSCF3731                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



163        163-DSCF3732                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



164      164-DSCF3733                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



165       165-DSCF3734              Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



166      166-DSCF3735                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



167        167-DSCF3736                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



168        168-DSCF3737                Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



169        169-DSCF3738                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



170       170-DSCF3739                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



171      171-DSCF3740                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



172      172-DSCF3741                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



173       173-DSCF3742                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



174        174-DSCF3743                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



175        175-DSCF3744                    Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561



176    176-DSCF3745         Date Taken: 10/30/2022



**Platinum Public Adjusters**

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

 

177      177-DSCF3746                    Date Taken: 10/30/2022



Platinum Public Adjusters

18425 NW 2 Ave
Suite 400
Maimi FL 33169
786-279-5561

178 178-DSCF3747 Date Taken: 10/30/2022

24' 4"
23' 8"
Garage
19' 10"
20' 2"

12' 11"
12' 3"
Kitchen
20' 2"
20' 10"

11' 9"
11' 1"
17' 6"
17'
17' 6"
18'
Bedroom
2' 3"
2' 1"
6' 8"
6' 6"
5' 3"
5' 7"
4' 10"
4' 4"
Closet
6' 11"
3"
7' 4"
7"

4' 7"
3' 11"
4' 4"
4' 4"
4' 4"
4' 4"
9' 2"
9' 8"
Hallway
3' 8"
3' 2"
2' 8"
2' 4"
Closet
3'
3' 6"
6' 5"
6' 8"
2' 8"
7'
3' 1"
10"
1' 4"

SKETCH5 - Main Level

10' 2"
9' 6"
2'
TC
2'
2'
2'
6'
6' 8"
Laundry Room

7' 6"
6' 10"
Bathroom
8' 8"
9' 4"

7'
6' 4"
3' 2"
3' 6"
3'
3'
Up
5' 10"
6' 2"
6'
9'
Stairs
3' 4"
Up
3'
2' 10"

5' 9"
1' 9"
5' 1"
1' 9"
24' 7"
24' 7"
11' 9"
11' 1"
Living Room
12' 10"
13' 6"
29' 8"
30' 4"

23' 11"
23' 3"
Kitchen
11' 10"
12' 6"

8' 6"
7' 10"
Bathroom
4' 9"
5' 5"